**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| DIANA KRADLE AND JOSHUA SISLER, as Co-Independent Administrators of the Estate of JACKSON KRADLE, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW HERPSTREITH, AMY HUBBLE, REBECCA FREDERICK, SHERIFF OF CARROLL COUNTY, ILLINOIS, CARROLL COUNTY, ILLINOIS, SCOTT MARTH, CITY OF MT. CARROLL, ILLINOIS, CITY OF SAVANNA, ILLINOIS, SAVANNA COMMUNITY AMBULANCE ASSOCIATION, 834 S. JACKSON, LLC d/b/a THE COPPER COW, SIPPI-SIDE PUB GRILL & LIQUOR STORE, INC., and SANDUBRR RUN, LLC,<br><br>Defendants. | No. 2025-cv-50314<br><br>JURY DEMANDED |

**DEFENDANT'S UNCONTESTED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, CITY OF SAVANNA, (hereinafter, "City"), by and through its attorneys KEVIN M. CASEY and BURGER, MEYER & D'ANGELO, LLP, and respectfully request this court extend Defendant's time to respond to the Plaintiffs' Complaint, and in support thereof, state as follows:

1. On or about July 24, 2025, Plaintiffs filed a Complaint naming Moving Defendant.

2. The City was served with the Plaintiffs' Complaint on July 31, 2025. As a result, responsive pleadings are currently due on August 22, 2025.

3. The undersigned counsel was recently retained to represent the City under the purported basis that Defendant Hubble was a City employee, when she was not.

4. The City requests an extension of 30 days, to on or before September 22, 2025, to further file responsive pleadings on behalf of the Defendant and to work with Plaintiff's counsel on its potential dismissal.

5. This motion is brought in good faith and not for the purpose of delay. No party will be prejudiced by this extension. Moreover, the undersigned counsel spoke with counsel for the Plaintiff, James Pullos, and there is no objection to the relief sought herein.

WHEREFORE, Defendant, CITY OF SAVANNA, respectfully requests that this Court grant an extension of time, up to and including September 22, 2025, to respond to the Complaint, and for any other relief this court deems reasonable and just.

Respectfully submitted,

*Kevin M. Casey*
Kevin M. Casey
Attorney for Defendant
City of Savanna

Kevin M. Casey
Burger, Meyer & D'Angelo, LLP
150 South Wacker Drive
Suite 2400
Chicago, Illinois 60606
Telephone: (312) 291-4637
kcasey@burgermeyer.com
ARDC No. 6282635